JOHN LOGAN, Respondent, *v.* THE OGDENSBURG AND LAKE CHAMPLAIN RAILROAD COMPANY, Appellant.

(Argued June 20, 1884 ; decided June 27, 1884.)

*Louis Hasbrouck* for appellant.

*Leslie W. Russell* for respondent.

Agree to affirm ; no opinion.

All concur.

Judgment affirmed.